cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugene Orange,                              )<br>                                                        )<br>             Petitioner,              )<br>v.                                                      )<br>                                                        )<br>James Tilton, Secretary,              )<br>                                                        )<br>             Respondent.           )<br>_____ ) | Civil No.07cv0749 J (AJB)<br><br>**ORDER DIRECTING RESPONDENT<br>TO FILE SUPPLEMENTAL ANSWER;<br>SETTING BRIEFING SCHEDULE** |

On November 26, 2008, Petitioner filed a First Amended Petition. In his First Amended Petition, he presents three claims. First, he argues that he received ineffective assistance of appellate counsel. (Am. Pet. at 5[1].) Second, Petitioner claims that the trial court erred when it denied Petitioner's motion to suppress evidence obtained in a warrantless search which violated his constitutional rights under the Fourth Amendment. (Id. at 16.) Third, he contends that the court erred in admitting the two notes violating his constitutional right to due process and constitutional right to confrontation. (Id. at 31.) On February 27, 2009, Respondent filed an Answer addressing only the first claim of ineffective assistance of appellate counsel. Therefore, the Court directs Respondent to file a Supplemental Answer to address //

//

---

[1]The Court cites the page numbers according to how they are numbered on the court's docket.

1                                                                                                                07cv749

1  the remaining two claims.  Respondent shall file a Supplemental Answer on or before **May 8, 2009.**

2  Petitioner may file a Supplemental Traverse on or before **May 22, 2009.**

4  IT IS SO ORDERED.

6  DATED:  April 24, 2009

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court